**Affirm and Opinion Filed August 21, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00855-CR

**THOMAS KELLAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA11-57501-L**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

Thomas Kellam was convicted of assault involving family violence. Punishment was assessed at 210 days' confinement in jail, probated for twenty-four months. We adopted the trial court's finding that appellant no longer desires to pursue the appeal. We ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Jim Moseley/
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130855F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS KELLAM, Appellant

No. 05-13-00855-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 10, Dallas County, Texas
Trial Court Cause No. MA11-57501-L.
Opinion delivered by Justice Moseley,
Justices Bridges and Lang-Miers
participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 21st day of August, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE